IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ARNOLD HERMAN MATT. | )<br>)<br>) Case No. 5:96CR000018-01<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on the petition of the United States for remission of the unpaid portion of the criminal fine and/or assessment owed by the defendant, Arnold Herman Matt in accordance with the provisions of 18 U.S.C. § 3573.

It appearing to the Court that reasonable efforts to collect the fine and/or assessment are not likely to be effective, and for other good cause shown, it is

ORDERED, ADJUDGED, and DECREED that the above stated fine and/or assessment is hereby remitted.

Signed: August 19, 2015

Richard L. Voorhees
United States District Judge

1